dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-242-CV

IN THE MATTER OF LESLIE ANN

ORICO, AND ON BEHALF OF M.O. 

AND G.O., MINOR CHILDREN

----------

FROM THE 16TH
 DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Motion To Dismiss Appeal Of Appellant Eugene A. Orico, IV.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

Appellant shall pay all costs of this appeal, for which let execution issue. 

PER CURIAM 

PANEL D: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ. 

DELIVERED: September 8, 2005

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.